The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA M. JORDAN and PATRICK R. JORDAN, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BELLEVUE, PUGET SOUND ENERGY,<br><br>Defendants. | No.  2:22-cv-01178-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED JOINT MOTION TO REMAND STATE LAW CLAIMS AND STAY FEDERAL CLAIM AND DEADLINES |

The Court, having reviewed the parties Stipulated Joint Motion to Remand State Law Claims and Stay Federal Claim and Deadlines, does hereby find and ORDER:

1. The parties Stipulated Joint Motion to Remand State Law Claims and Stay Federal Claim and Deadlines is GRANTED. Plaintiffs' state law claims are REMANDED to King County Superior Court;

2. This Court retains jurisdiction over the 42 U.S.C. § 1983 claim against Defendant City of Bellevue, but the proceedings in this Court as well as all

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO REMAND STATE LAW CLAIMS AND
STAY FEDERAL CLAIM
CASE NO. 2:22-cv-01178-JCC     - PAGE 1

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

1   pending and future Court deadlines shall be STAYED pending a final

2   determination of the state law claims. Plaintiffs are directed to promptly

3   advise the Court upon the final resolution of the state law claims.

4   3.   The Clerk is directed to send copies of this Order to counsel for the parties.

5   DATED this 23rd day of November, 2022.

6

7

8

9   _____
    John C. Coughenour
    UNITED STATES DISTRICT JUDGE

10

11

12   Presented By:

13   **FOR PLAINTIFFS ANDREA M. JORDAN AND PATRICK R. JORDAN:**

14   STEPHENS & KLINGE LLP

15   By: */s/ Charles A. Klinge*
          Charles A. Klinge, WSBA #26093
16   Richard M. Stephens, WSBA #21776
     10900 NE 4th Street, Suite 2300
17   Bellevue, WA 98004
     (425) 453-6206
18   Email:  klinge@sklegal.pro
     stephens@sklegal.pro

19   **FOR DEFENDANT CITY OF BELLEVUE:**

20   KEATING, BUCKLIN & McCORMACK, INC., P.S.

21   By:  */s/ Michael C. Walter*
     Michael C. Walter, WSBA #15044
22   801 Second Avenue, Suite 1210
     Seattle, WA  98104-1518
23   Phone: (206) 623-8861

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO REMAND STATE LAW CLAIMS AND
STAY FEDERAL CLAIM
CASE NO. 2:22-cv-01178-JCC        - PAGE 2

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206

1  Fax: (206) 223-9423
   Email: mwalter@kbmlawyers.com

2

3  CITY OF BELLEVUE
   OFFICE OF THE CITY ATTORNEY
   Kathryn L. Gerla, City Attorney

4

5  By: */s/ Cheryl A. Zakrzewski*
   Cheryl A. Zakrzewski, WSBA# 15906
   Assistant City Attorney

6  City of Bellevue
   450 110th Avenue N.E.

7  P. O. Box 90012
   Bellevue, WA 98009

8  Tel: (425) 452-4081 Fax: (425) 452-7256
   Email: czakrzewski@bellevuewa.gov

9

   **FOR DEFENDANT PUGET SOUND ENERGY:**

10

   SEYFARTH SHAW LLP

11

   By: */s/ Courtney L. Seim*

12 Courtney L. Seim, WSBA No. 35352
   999 Third Avenue, Suite 4700

13 Seattle, Washington 98104
   Phone: (206) 946-4910

14 Email: cseim@seyfarth.com

15 VAN NESS FELDMAN

16 By: */s/ Clara Park*
   Clara Park, WSBA #52255

17  Nicolas R. Sweeney, WSBA #57895
   1191 Second Avenue, Suite 1800

18 Seattle, WA 98101
   E-mail: cpark@vnf.com; nrs@vnf.com

19

20

21

22

23

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO REMAND STATE LAW CLAIMS AND
STAY FEDERAL CLAIM
CASE NO. 2:22-cv-01178-JCC    - PAGE 3

STEPHENS & KLINGE LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
(425) 453-6206